IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES GOMER,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>JAMES WALKER, Warden,<br><br>　　　　Respondent. | No. C 08-05523 JW (PR)<br><br>ORDER DIRECTING PETITIONER TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION<br><br>(Docket No. 18) |

　　　　The instant petition was dismissed as untimely on February 19, 2010. (Docket No. 10.)  On July 9, 2010, petitioner filed a motion for leave to proceed in forma pauperis, which the Court construes as applying to petitioner's appeal. (Docket No. 18.)  The application is insufficient because petitioner failed to provide the following: (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer of the institution; and (2) a copy of his prisoner trust account statement showing transactions for the last six months.

　　　　Petitioner is directed to file the necessary documents to complete his in forma pauperis application no later than **thirty (30) days** from the date this order is filed.

　　　　The clerk shall enclose two copies of the Certificate of Funds in Prisoner's Account with a copy of this order to petitioner.

DATED: July 15, 2010

　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Directing P
P:\PRO-SE\SJ.JW\HC.08\Gomer05523_ifp-appeal.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARQUES GOMER,

        Petitioner,

  v.

JAMES WALKER, Warden,

        Respondent.

Case Number: CV08-05523 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/19/2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marques Gomer V-23952
California State Prison - Sacramento
P. O. Box 290066
Represa, Ca 95671-0066

Dated: 7/19/2010

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk